NIXON PEABODY LLP
Daniel C. Gibbons, Esq.
R. Scott Alsterda, Esq.
Christopher J. Fong, Esq.
Tower 46
55 West 46th Street
New York, NY 10036-4120
Tel.: (212) 940-3000
dgibbons@nixonpeabody.com
rsalsterda@nixonpeabody.comn
cfong@nixonpeabody.com

*Counsel for Parmacotto America, Inc. and Parmacotto SpA*

**Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:

    AMBOY GROUP, LLC, *et al*.,

    Debtors.[1]

Chapter 11

Case No. 17-31653 (CMG)
Case No. 17-31647 (CMG)

Jointly Administered

Judge Christine M. Gravelle

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**DATED: August 28, 2018**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Amboy Group, LLC (8971) and (ii) CLU Amboy, LLC (5726).

4821-6956-0414.4

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1(b) and 9013-4(b)** NIXON PEABODY LLP Daniel C. Gibbons, Esq. R. Scott Alsterda, Esq. Christopher J. Fong, Esq. Tower 46 55 West 46th Street New York, NY 10036-4120 Tel.: (212) 940-3000 dgibbons@nixonpeabody.com rsalsterda@nixonpeabody.comn cfong@nixonpeabody.com *Counsel for Parmacotto America, Inc. and Parmacotto SpA* | |
| In re: AMBOY GROUP, LLC, *et al.*, Debtors.[1] | Chapter 11 Case No. 17-31653 (CMG) Case No. 17-31647 (CMG) Jointly Administered Hearing Date: 03/27/2018 Judge Christine M. Gravelle |

**ORDER GRANTING MOTION OF PARMACOTTO AMERICA, INC. AND PARMACOTTO SpA PURSUANT TO BANKRUPTCY CODE SECTION 362(d) FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

_____

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are (i) Amboy Group, LLC (8971) and (ii) CLU Amboy, LLC (5726).

4821-6956-0414.4

Upon the motion (the "Motion")[1] of Parmacotto America, Inc. ("Parmacotto America") and Parmacotto SpA ("SpA", together with Parmacotto America, "Parmacotto") for entry of an order pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") granting Parmacotto America relief from the automatic stay to exercise its remedies under the Operating Agreement between Parmacotto America and Debtor Amboy Group, LLC ("Amboy"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Parmacotto is granted relief from the automatic stay pursuant to section 362 of the Bankruptcy Code to permit Parmacotto to exercise its remedies under the Operating Agreement.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4821-6956-0414.4

3. Parmacotto is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

4821-6956-0414.4